UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MOHAMED ISMAIL,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, Attorney General,<br><br>Respondent. | No. 26-2209<br><br>Agency No.<br>A099-286-781<br><br>ORDER |

Before: S.R. THOMAS, BERZON, and FORREST, Circuit Judges.
Order by Judges S.R. THOMAS and BERZON; Dissent by Judge FORREST.

The motion (Docket Entry No. 3) to stay removal is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009); *Leiva-Perez v. Holder*, 640 F.3d 962, 964-65 (9th Cir. 2011).

Judge Forrest dissents and would deny the motion to stay removal.